UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEDILA K. CHAVEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; et al.,<br><br>    Defendant. | No.: 2:13-cv-04869-R-MAN<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>Compl. Filed: May 16, 2013<br>Trial Date: April 29, 2014 |

IT IS HEREBY ORDERED THAT:

The Stipulated Protective Order filed by the parties on December 19, 2013, is hereby entered as filed.

Dated: **Jan. 2, 2014**

                   _____
                   Hon. Manuel L. Real
                   United States District Court Judge